

**Barbee B. Lyon,** OSB # 71212
    Direct Dial:   503.802.2020
    Direct Fax:   503.972.3720
    E-Mail:      barbee@tonkon.com

Tonkon Torp LLP
1600 Pioneer Tower
888 SW Fifth Avenue
Portland, OR  97204-2099

    Barbee B. Lyon,
        Pro Se, and also as Attorney for Plaintiff Joan Kruse

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

CV '07 – 1779 –  **AS**

**BARBEE B. LYON AND JOAN KRUSE,**

               **PLAINTIFFS,**

   v.

**JPMORGAN CHASE & CO.**

              **DEFENDANT.**

Civil No._____

**COMPLAINT**

**VIOLATION OF FAIR CREDIT
BILLING ACT (15 U.S.C. § 1666)**

**WRONGFUL DEBT COLLECTION
(O.R.S. 646.639(2)(K))**

**DEFAMATION OF CREDIT**

**INTENTIONAL INFLICTION OF
EMOTIONAL DISTRESS**

**SPECIFIC PERFORMANCE**

**DEMAND FOR JURY TRIAL**

    Plaintiffs Barbee B. Lyon and Joan Kruse allege as follows:

    1.     This action arises under the Fair Credit Billing Act, now codified at 15 U.S.C.

§ 1666 et seq.  Jurisdiction is granted to this Court by 15 U.S.C § 1640(e) and 28 U.S.C. § 1331.

Page 1 -    COMPLAINT

#18701

2.     Plaintiffs are husband and wife. Defendant extended consumer credit to plaintiffs in the form of Visa credit cards.

3.     In September, 2006, an unknown person stole the credit card that defendant had issued to plaintiff Lyon, and Lyon notified defendant of the theft. Defendant's fraud department asked Lyon to identify which recent transactions had been made by the thief, and which were valid transactions that Lyon had authorized before the theft.

4.     One recent transaction that defendant inquired about was a $645 charge payable to Resorts Advantage. Lyon told defendant that it was a valid transaction, that he had authorized it before the credit card was stolen, and that it should be honored.

5.     Defendant nevertheless refused to honor that charge. Resorts Advantage notified plaintiffs that defendant refused to honor it, and demanded payment in some other manner. Plaintiffs accordingly paid that $645 charge to Resorts Advantage on October 5, 2006 by using a different credit card issued by Bank of America. (See Attachment 1.)

6.     Several months later, however, defendant billed plaintiffs for that same $645 charge, indicating that defendant had paid that $645 to Resorts Advantage on October 17, 2006, which was twelve days after plaintiffs paid that charge by means of the Bank of America credit card. (See Attachment 2.) However, Resorts Advantage confirmed to plaintiffs that defendant never made any such payment.

7.     Plaintiffs protested to defendant that the $645 charge on Attachment 2 appeared to be a billing error, and that plaintiffs had already paid that $645 charge to Resorts Advantage with another credit card precisely because defendant itself had refused earlier to honor that charge.

8.     Defendant acknowledged receipt of plaintiffs' protest and told plaintiffs they need not pay while defendant was investigating the matter. (See Attachments 3 and 4.)

Page 2 -     COMPLAINT

9.      Nevertheless, just a few days after defendant sent Attachment 4 to plaintiffs,
defendant attempted to collect the disputed $645 charge from plaintiffs, billing plaintiffs for that
charge and withdrawing without explanation its previous notice that plaintiffs need not pay it
while the dispute was unresolved. (See Attachment 5; compare with Attachment 3.) Defendant
thereafter made numerous additional attempts to collect the disputed charge, as summarized in
¶ 20 below.

10.      Defendant never sent plaintiffs a written explanation or clarification, as promised
in Attachment 4, and as required by 15 U.S.C. § 1666 and 12 C.F.R. § 226.13(f). Neither did
defendant correct the billing error.

11.      In an attempt to resolve the dispute, plaintiffs wrote defendant on August 27,
2007. (See Attachment 6.)

12.      Defendant did not respond to that August 27 letter (Attachment 6), and instead
continued to attempt to collect the disputed charge.

13.      Several weeks later, plaintiff Kruse had a telephone conversation on or about
September 11, 2007 with a representative of defendant named "Gwen," who promised to erase
the disputed charge.

14      The next day, however, defendant reneged on that promise, saying that plaintiffs
had failed to object to the disputed charge within the 60 day period. (See Attachment 7.)
attached.) That was incorrect, for defendant had previously acknowledged receipt of plaintiffs'
objection within 60 days. (See Attachments 3 and 4.)

15.      Plaintiffs wrote defendant again on October 23, 2007, pointing out defendant's
errors.  (See Attachment 8.)

Page 3 -      COMPLAINT

16.    Defendant did not respond to that October 23 letter either, and continued to attempt to collect the charge.

17.    Plaintiff Lyon had a telephone conversation on or about October 27, 2007 with another representative of defendant who was attempting to collect the charge. After much effort, plaintiffs succeeded in reaching a different representative of defendant who reluctantly agreed to read plaintiffs' October 23 letter. Shortly thereafter, defendant promised in that phone call to erase the charges.

18.    Nevertheless, defendant has reneged on that promise as well. Defendant's representatives continue to telephone plaintiffs approximately every 7 days, demanding payment, and declaring that the charges "aren't going away," and that "it will be sent to collections."

19.    Defendant has reported this charge as a delinquency to credit rating services, contrary to the provisions of 15 U.S.C. § 1666a(a) and 12 C.F.R. § 226.13(d)(2).

20.    The number of attempts that defendant has made to collect the charge in violation of statutes include the following:

A.    Defendant began to bill plaintiffs in every monthly statement beginning with Attachment 5.

B.    Defendant took advantage of the automatic payment arrangements that plaintiffs had previously authorized from their checking account with US Bank in Portland. Defendant accordingly sought payment from US Bank on May 17, 2007. (Attachment 6, Exhibit 4.) By coincidence, that attempt by defendant to collect the disputed charge failed. US Bank apparently told defendant, incorrectly, that plaintiffs' checking account had been closed. (Attachment 6, Exhibit 5.)

C. Defendant has repeatedly telephoned plaintiffs demanding payment of the disputed charge. Plaintiffs have lost track of how many telephone calls they have received from defendant, but expects to ascertain that number in discovery since defendant always states that it is recording such calls. The latest such call was on or about November 26, 2007.

21. The cumulative finance charges now demanded by defendant are approximately $283 and rising.

22. Plaintiffs have done everything in their power to resolve this dispute in a reasonable manner without resorting to court. In addition to writing letters to defendant that defendant never answered, they have spent many futile hours on the telephone with representatives of defendant. Defendant has reneged on promises that it made over the telephone. Further attempts to communicate with defendant are pointless.

## FIRST CLAIM FOR RELIEF

### (Fair Credit Reporting Act)

23. Defendant's failure to provide a written explanation or clarification of the billing error violated 15 U.S.C. § 1666(a).

## SECOND CLAIM FOR RELIEF

### (Fair Credit Reporting Act)

24. Each of defendant's multiple attempts to collect the disputed charge violated 15 U.S.C. § 1666(c) and (e).

## THIRD CLAIM FOR RELIEF

### (Fair Credit Reporting Act)

25. Defendant violated 15 § U.S.C. 1666a(a) by threatening to report, and actually reporting, the disputed charge so as to harm plaintiffs' credit rating.

Page 5 -    COMPLAINT

## FOURTH CLAIM FOR RELIEF

### (Unlawful Debt Collection)

26.     Defendant violated Oregon Revised Statutes 646.639(2)(k) by attempting to
collect a debt when it knew or had reason to know that its right to do so did not exist.

## FIFTH CLAIM FOR RELIEF

### (Defamation of credit)

27.     Defendant's actions defamed plaintiffs' credit and thereby damaged plaintiffs.

## SIXTH CLAIM FOR RELIEF

### (Intentional Infliction of Emotional Distress)

28.     After having received notice that its actions were in violation of statutes,
defendant nevertheless continued to violate the statutes and to harass plaintiffs and damage their
credit, thereby intentionally inflicting emotional distress upon them.

## SEVENTH CLAIM FOR RELIEF

### (Punitive Damages)

29.     Defendant knew that its actions were in violation of statutes, and the court should
therefore award punitive damages.

## EIGHTH CLAIM FOR RELIEF

### (Specific Performance)

30.     Since defendant refuses to abide by its oral agreements to cancel the disputed
charges, the Court should enter a decree of specific performance compelling it to do so.

## NINTH CLAIM FOR RELIEF

### (Injunctive Relief)

31.     Since defendant refuses to comply with the relevant statutes, the Court should enjoin defendant from continuing to violate the statutes, and should further require defendant to take appropriate steps to correct the damage to plaintiffs' credit rating.

## TENTH CLAIM FOR RELIEF

### (Attorney's fees)

32.     The Court should award plaintiffs a reasonable attorney's fee.

WHEREFORE, plaintiffs demand judgment as follows:

1.     For the amount of the damages and penalties provided by federal and state statutes, in an amount to be determined upon discovery and trial.

2.     For damages to plaintiffs' credit rating, in an amount to be determined at trial.

3.     For damages for emotional distress, in the amount of $100,000 for each plaintiff.

4.     For damages that will compensate plaintiffs for the inconvenience to them, including the time and effort that defendant's failure to fulfill its statutory obligations have compelled them to expend.

5.     For punitive damages in an amount to be determined at trial.

6.     For a decree of specific performance compelling defendant to fulfill its oral agreements to erase the charges.

7.     For an injunction compelling defendant: (1) to cease its efforts to collect the charge, and (2) to restore plaintiffs' credit rating to its former status.

8.      For an award of reasonable attorney fees.

PLAINTIFFS DEMAND TRIAL BY JURY.

DATED this 29th day of November, 2007.

TONKON TORP LLP

By

**Barbee B. Lyon,** OSB # 71212
Direct Dial:     503.802.2020
Direct Fax:     503.972.3720
E-Mail:           barbee@tonkon.com
Barbee B. Lyon,
        Pro Se, and also as Attorney for Plaintiff
        Joan Kruse

080000\02020\796777 V001

Page 8 -      COMPLAINT

*Mileage Plan*

**ATTACHMENT 1**


**Bank of America**

Prepared for:  **JOAN M KRUSE**

**October 2006 Statement**
Credit Line:                        $25,000.00
Cash or Credit Available:    $23,851.81

**Customer Service**
For Information on Your Account Visit:
www.bankofamerica.com
Mail Payments to:
BANK OF AMERICA
P.O. BOX 17322
BALTIMORE, MD 21297-1322
Mail Billing Inquiries to:
BANK OF AMERICA
P.O. BOX 15026
WILMINGTON, DE 19850-5026
Call toll-free 1-800-552-7302
TDD hearing-impaired 1-800-222-7365

## Account Information

| Summary of Transactions | | |
|---|---|---|
| Previous Balance | | $0.00 |
| Payments and Credits | − | $0.00 |
| Cash Advances | + | $0.00 |
| Purchases and Adjustments | + | $1,148.19 |
| Periodic Rate **Finance Charges** | + | $0.00 |
| Transaction Fee **Finance Charges** | + | $0.00 |
| New Balance Total | | $1,148.19 |

| Billing Cycle and Payment Information | |
|---|---|
| Days in Billing Cycle | 34 |
| Closing Date | 10/24/06 |
| Payment Due Date | 11/13/06 |
| Current Payment Due | $15.00 |
| Past Due Amount                  + | $0.00 |
| **Total Minimum Payment Due** | $15.00 |

## Transactions

| Purchases and Adjustments | Posting Date | Transaction Date | Reference Number | Account Number | Category | Amount |
|---|---|---|---|---|---|---|
| #FEDEX KINKO'S #5165  PORTLAND    OR | 09/27 | 09/26 | 3985 | 7680 | C | 88.02 |
| #FEDEX KINKO'S #5165  PORTLAND    OR | 09/27 | 09/26 | 4066 | 7680 | C | 40.56 |
| #CITY CENTER PARKING 4 PORTLAND    OR | 09/27 | 09/25 | 8187 | 7680 | C | 20.00 |
| #BORDERS BOOKS 0100065 PORTLAND  OR | 09/28 | 09/26 | 9871 | 7680 | C | 7.50 |
| #REDWEEK.COM      425-4513657  WA | 09/28 | 09/26 | 8209 | 7680 | C | 14.99 |
| #CAMEO CAFE WEST   PORTLAND    OR | 09/29 | 09/26 | 0048 | 7680 | C | 28.48 |
| #WALGREEN   0004495 PORTLAND   OR | 09/29 | 09/28 | 9554 | 7680 | C | 14.99 |
| #LINER & ELSEN    PORTLAND   OR | 09/29 | 09/28 | 0223 | 7680 | C | 230.80 |
| #JOHN HELMER HABERDAS PORTLAND   OR | 09/30 | 09/28 | 0247 | 7680 | C | 24.00 |
| #FRED-MEYER #0360  SF PORTLAND   OR | 09/30 | 09/28 | 0596 | 7680 | C | 16.38 |
| #NORDSTROM-RACK #0028  PORTLAND   OR | 09/30 | 09/28 | 0679 | 7680 | C | 14.97 |
| #CITY PORTLAND-DEPT TR PORTLAND   OR | 10/05 | 09/30 | 0208 | 7680 | C | 1.25 |
| #CITY PORTLAND-DEPT TR PORTLAND   OR | 10/05 | 09/30 | 1098 | 7680 | C | 1.25 |
| #RESORTS ADVANTAGE, LT MIAMI     FL | 10/07 | 10/05 | 1946 | 7680 | C | 645.00 |

```
ALASKA AIRLINES CREDIT CARD REWARDS
1,148  PURCHASE MILES THIS PERIOD
    0  PROMOTIONAL MILES
    0  ADJUSTMENTS
1,148  MILES TO ALASKA AIRLINES
```

*more chgs* 

**BARBEE LYON**                    **ATTACHMENT  2**

Acct # 00004388576021678811
June 1, 2007
Page 17 of 26

**Statement** for account number: 4388 5760 2167 8811

| New Balance | Payment Due Date | Past Due Amount | Minimum Payment |
|---|---|---|---|
| $631.95 | 03/19/07 | $0.00 | $12.00 |

**UNITED**
Mileage Plus®

Amount Enclosed | $

Make your check payable to Chase Card Services.
New address or e-mail? Print on back.

4388576021678811000012000006319500000 8

11765 BEX Z 05307 C
BARBEE LYON
2520 NW WESTOVER RD
PORTLAND OR 97210-3109

CARDMEMBER SERVICE
PO BOX 94014
PALATINE IL 60094-4014

⑆5000 160 28⑈ 2366021678811 7⑈

2/22/07

**UNITED**
Mileage Plus®

Opening/Closing Date: 01/23/07 - 02/22/07
Payment Due Date:            03/19/07

**CUSTOMER SERVICE**
In U.S.          1-800-537-7783
Español          1-888-446-3308
TDD              1-800-955-8060
Pay by phone 1-800-436-7958
Outside U.S. call collect
                 1-847-888-6600

Minimum Payment Due for Credit Access Line         $12.00
Total Minimum Payment Due                          $12.00

**ACCOUNT INQUIRIES**
P.O. Box 15298
Wilmington, DE 19850-5298

**VISA SIGNATURE SUMMARY**          Account Number: 4388 5760 2167 8811

| | | | |
|---|---|---|---|
| Previous Balance | -$29.00 | Credit Access Line | $30,000 |
| Purchases, Cash, Debits | +$660.95 | Available Credit | $29,368 |
| New Balance | $631.95 | Cash Access Line | $30,000 |
| | | Available for Cash | $29,368 |

**PAYMENT ADDRESS**
P.O. Box 94014
Palatine, IL 60094-4014

**VISIT US AT:**
www.chase.com/united

Your next AutoPayment for $631.95 will be deducted from your account and credited on your
due date. Should you make a payment prior to your due date, that amount will be deducted from
the AutoPayment amount identified above.

**MILEAGE PLUS MILES EARNED**
Miles earned this statement from purchases          661
Total miles earned this statement                   661
Total miles transferred to United                   661

1-800-421-4655 (Mileage Plus)
1-800-241-6522 (Reservations)

**TRANSACTIONS**

| Trans Date | Reference Number | Merchant Name or Transaction Description | Amount Credit | Debit |
|---|---|---|---|---|
| 10/17 | 7427009629190001450726 8 | RESORTS ADVANTAGE, LTD. IMIAMI    FL | | $645.00 |
| 02/16 | 24692167047000045506582 | MSI MORNINGSTAR 866-229-9449 IL | | 15.95 |

**FINANCE CHARGES**

| Category | Daily Periodic Rate 31 days in cycle | Corresp. APR | Average Daily Balance | Finance Charge Due To Periodic Rate | Transaction Fee | Accumulated Fin Charge | FINANCE CHARGES |
|---|---|---|---|---|---|---|---|
| Purchases | V .04973% | 18.15% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cash advances | V .04973% | 18.15% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total finance charges | | | | | | | $0.00 |

**Effective Annual Percentage Rate (APR):**       0.00%

Please see Information About Your Account section for balance computation method, grace period, and other important information.

The Corresponding APR is the rate of interest you pay when you carry a balance on any transaction category.
The Effective APR represents your total finance charges - including transaction fees
such as cash advance and balance transfer fees - expressed as a percentage.

**IMPORTANT NEWS**

Pay your personal federal income tax or quarterly estimated
federal tax with your United Mileage Plus Visa card and earn
double miles for every eligible $1 you spend
Offer valid March 1 through April 31, 2007. Visit
www.chasepayyourtaxes.com/united or call 877-829-2954.

**This Statement is a Facsimile - Not an original**

X 0000004   RIS33334 C 2          000   N   Z   22   07/02-22          Page 1 of 1          05068   MA MA  11765   053100000/20001176601

continues

**BARBEE LYON**                    **ATTACHMENT 3**

Acct # 0000438857602167 8811
June 1, 2007
Page 23 of 26

Statement for account number: 4388 5760 2167 8811

| New Balance | Payment Due Date | Past Due Amount | Minimum Payment |
|---|---|---|---|
| $647.90 | 04/16/07 | $0.00 | $2.90 |

Amount Enclosed  $

Make your check payable to Chase Card Services.
New address or e-mail? Print on back.

**UNITED Mileage Plus**

4388576021678811000002900006479000000008

10699-BEX 7 08167 C
BARBEE LYON
2520 NW WESTOVER RD
PORTLAND OR 97210-3109

CARDMEMBER SERVICE
PO BOX 94014
PALATINE IL 60094-4014

⑆5000160 28⑆ 23660 216 788 117⑈

**UNITED Mileage Plus**

| | |
|---|---|
| Opening/Closing Date: | 02/23/07 - 03/22/07 |
| Payment Due Date: | 04/16/07 |

**CUSTOMER SERVICE**
In U.S. 1-800-537-7783
Español 1-888-446-3308
TDD 1-800-955-8060
Pay by phone 1-800-436-7958
Outside U.S. call collect 1-847-888-6600

Minimum Payment Due for Credit Access Line $2.90
Total Minimum Payment Due $2.90

**ACCOUNT INQUIRIES**
P.O. Box 15298
Wilmington, DE 19850-5298

**VISA SIGNATURE SUMMARY**       Account Number: 4388 5760 2167 8811

| | | | |
|---|---|---|---|
| Previous Balance | $631.95 | Credit Access Line | $30,000 |
| Purchases, Cash, Debits | +$15.95 | Available Credit | $29,352 |
| New Balance | $647.90 | Cash Access Line | $30,000 |
| | | Available for Cash | $29,352 |

**PAYMENT ADDRESS**
P.O. Box 94014
Palatine, IL 60094-4014

**VISIT US AT:**
www.chase.com/united

Your next AutoPayment for $647.90 will be deducted from your account and credited on your
due date. Should you make a payment prior to your due date, that amount will be deducted from
the AutoPayment amount identified above.

Payment of amount in dispute $645.00 not required.

**MILEAGE PLUS MILES EARNED**
Miles earned this statement from purchases 16
Total miles earned this statement 16
Total miles transferred to United 16

1-800-421-4655 (Mileage Plus)
1-800-241-6522 (Reservations)

**TRANSACTIONS**

| Trans Date | Reference Number | Merchant Name or Transaction Description | Credit | Debit |
|---|---|---|---|---|
| 03/16 | 24692167075000818373573 | MSI*MORNINGSTAR 866-229-9449 IL | | $15.95 |

**FINANCE CHARGES**

| Category | Daily Periodic Rate 28 days in cycle | Corresp. APR | Average Daily Balance | Finance Charge Due To Periodic Rate | Transaction Fee | Accumulated Fin Charge | FINANCE CHARGES |
|---|---|---|---|---|---|---|---|
| Purchases | V .04973% | 18.15% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cash advances | V .04973% | 18.15% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total finance charges | | | | | | | $0.00 |

**Effective Annual Percentage Rate (APR):**    0.00%

Please see Information About Your Account section for balance computation method, grace period, and other important information.

The Corresponding APR is the rate of interest you pay when you carry a balance on any transaction category.
The Effective APR represents your total finance charges - including transaction fees
such as cash advance and balance transfer fees - expressed as a percentage.

**IMPORTANT NEWS**

NOTICE: We are replacing the Two-Cycle Average Daily Balance
Method (compute interest on previous and current cycle
purchase balances) with the Average Daily Balance including
new purchases Method (purchases daily balance times
purchases daily rate each day only in the current cycle).

**This Statement is a Facsimile - Not an original**

continues

ATTACHMENT 4

CARDMEMBER SERVICE
P.O. BOX 15299
WILMINGTON, DE  19850-5299
FAX: (888) 643-9624



April 16, 2007



57306 RCS 001 007 10607 - NNNNNNNNNNNN
**Barbee Lyon**
**2520 Nw Westover Rd**
**Portland OR 97210-3109**

RE: Your account
ending in 8811

We received your inquiry and
will be responding shortly.

Dear Barbee Lyon,

As your credit card company, we value your business and want you to be
completely satisfied with your credit card account.

Right now, we simply want to inform you that we've received your inquiry
about your credit card account.  We have begun looking into this matter
and will write to you shortly to respond to your questions.  Based upon
our findings, we will make any necessary adjustments to your account and
include them on your monthly billing statement.

Thank you for calling this matter to our attention.  We are pleased to
offer a variety of opportunities and services for our Cardmembers.  If you
have any other questions or would like information about transferring
balances or special promotions and products, please call us at the
toll-free number noted on the back of your card.  You can also visit us
online at the Web site noted on your monthly billing statement.  For your
convenience, we are available 24 hours a day to assist you.

Sincerely,


Cardmember Service

**BARBEE LYON**                    **ATTACHMENT  5**

Acct # 0000438857602167 8811
June 1, 2007
Page 19 of 26

---

**Statement** for account number: 4388 5760 2167 8811

| New Balance | Payment Due Date | Past Due Amount | Minimum Payment |
|---|---|---|---|
| $631.11 | 05/17/07 | $0.00 | $12.00 |

**UNITED**
Mileage Plus

Amount Enclosed  $  .

Make your check payable to Chase Card Services.
New address or e-mail? Print on back.

43885760216788110000120000063111000000

54568 BEX-Z 11207 C
BARBEE LYON
2520 NW WESTOVER RD
PORTLAND OR 97210-3109

CARDMEMBER SERVICE
PO BOX 94014
PALATINE IL 60094-4014

⑆5000160288⑆ 2366021678811⑈⑆



4/22/07

---

**UNITED**
Mileage Plus

Opening/Closing Date: 03/23/07 - 04/22/07
Payment Due Date: 05/17/07

**CUSTOMER SERVICE**
In U.S.                    1-800-537-7783
Español              1-888-446-3308
TDD                  1-800-955-8060
Pay by phone 1-800-436-7958
Outside U.S. call collect
1-847-888-6600

Minimum Payment Due for Credit Access Line       $12.00
Total Minimum Payment Due                        $12.00

**ACCOUNT INQUIRIES**
P.O. Box 15298
Wilmington, DE 19850-5298

**VISA SIGNATURE SUMMARY**        Account Number: 4388 5760 2167 8811

| | | |
|---|---|---|
| Previous Balance | $647.90 | Credit Access Line | $30,000 |
| Payment, Credits | -$18.69 | Available Credit | $29,368 |
| Finance Charges | +$1.90 | Cash Access Line | $30,000 |
| New Balance | $631.11 | Available for Cash | $29,368 |

**PAYMENT ADDRESS**
P.O. Box 94014
Palatine, IL 60094-4014

**VISIT US AT:**
www.chase.com/united

Your next AutoPayment for $631.11 will be deducted from your account and credited on your
due date. Should you make a payment prior to your due date, that amount will be deducted from
the AutoPayment amount identified above.

**MILEAGE PLUS MILES EARNED**
Miles earned this statement from purchases          -19
Total miles earned this statement                   -19
Total miles transferred to United                   -19

1-800-421-4655 (Mileage Plus)
1-800-241-6522 (Reservations)

**TRANSACTIONS**

| Trans Date | Reference Number | Merchant Name or Transaction Description | Amount Credit | Amount Debit |
|---|---|---|---|---|
| 04/12 | 7469216710200009154725S | MSI*MORNiNGSTAR 866-229-9449 IL | | $18.69 |

**FINANCE CHARGES**

| Category | Daily Periodic Rate 31 days in cycle | Corresp. APR | Average Daily Balance | Finance Charge Due To Periodic Rate | Transaction Fee | Accumulated Fin Charge | FINANCE CHARGES |
|---|---|---|---|---|---|---|---|
| Purchases | V .04973% | 18.15% | $122.83 | $1.90 | $0.00 | $0.00 | $1.90 |
| Cash advances | V .04973% | 18.15% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total finance charges | | | | | | | $1.90 |

**Effective Annual Percentage Rate (APR):**        **18.15%**

Please see Information About Your Account section for balance computation method, grace period, and other important information.

The Corresponding APR is the rate of interest you pay when you carry a balance on any transaction category.
The Effective APR represents your total finance charges - including transaction fees
such as cash advance and balance transfer fees - expressed as a percentage.

**IMPORTANT NEWS**

Pay your personal federal quarterly estimated federal,
state and property taxes with your United Mileage Plus
credit card. Earn double miles for every eligible $1 you
spend. Offer valid March 1 through May 25, 2007. Visit
www.chasepayyourtaxes.com/united or call 1-877-829-2954.

---

**This Statement is a Facsimile - Not an original**

X 0000028  F1SJ0J04 C.2        000  N  Z  '22  07/04/22        Page 1 of 1        05058  MA MA 64568        1121000020006456801

continues

**ATTACHMENT 6**

27 August 2007

Chase Cardmember Services
P.O. Box 15299
Wilmington DE 19850-5299

Re: Our billing dispute, your case # 75613156

Dear Chase people:

We have had an unresolved dispute for several months about your credit card bill to me.

I think I have just now figured it out.

This mixup began when my wallet with my United credit card was stolen in late September 2006. I called your fraud department, they put an immediate hold on that credit card, and asked me about the most recent transactions that had been billed to that card.  I identified a couple that the thief had made and that were fraudulent, i.e. the most recent one or two, and there isn't any dispute about those charges.

In the course of that conversation, however, your fraud department also asked me about a $645 charge that I had authorized to Resorts Advantage. I told your fraud department that it was <u>valid</u>, and that it should be paid. Nevertheless, you apparently refused to pay that $645 charge, as I discovered shortly afterwards when Resorts Advantage complained to me that you had rejected the charge. Resorts Advantage therefore asked us to pay with a different credit card, which I did. [See Exhibit 1, attached.]

About 4 months later you billed us for that same $645 which you had refused to pay to Resorts Advantage. [See Exhibit 2, attached] Exhibit 2 indicated that you had paid Resorts Advantage that $645 several months before, on 10/17/06. I knew that wasn't so, since Resorts Advantage had told us you had refused to pay, and since we had to pay with a different card.

We therefore protested. We balked at paying that $645 a second time, especially since we knew that you had not paid it. You responded, said you would look into it, and would write us about it. [Exhibit 3.]  You didn't do that, we never got a written explanation.

Then, however, you charged us for that $645 anyway, in spite of our protest, and without writing us about it either. [Exhibit 4.] As I understand it, you were at least supposed to communicate to us the results of your investigation of our protest before you charged us. You didn't do that, you just submitted the charge to our bank which we have authorized to pay your bills automatically. Then, to complicate matters, the bank refused to pay, saying our account was "Closed". [Exhibit 5.] That wasn't true either – that was the bank's mistake. And now you keep billing us and adding late charges, without ever having written us to explain how you supposedly paid Resorts Advantage that $645 in spite of our knowledge to the contrary..

**ATTACHMENT 6**

I think, however, I have now figured out what happened. I am correct that you did <u>not</u> pay Resorts Advantage that $645 back on 10/17/06, contrary to what is indicated on your statement in Exhibit 2. Instead, you did something different, something which makes no sense to me. You <u>credited</u> my account with $645 on 10/17. [See Exhibit 6, attached.] Why you credited my account with that $645 I have no idea, it looks like you just made a mistake. I didn't catch that mistake of yours at the time because we were just having our bank pay your bills automatically.

What your statement in Exhibit 2 <u>should</u> have communicated to me is the following: "We made a mistake back on 10/17 when we credited you with $645. We have just discovered our mistake, and now we're asking you to pay us that $645 back." If you had said that, I could have verified it, and paid you. Instead, your bill incorrectly communicated to me that you had paid Resorts Advantage that $645 on 10/17, therefore I protested.

We doubly protested that you then went ahead and charged us that $645, without ever sending us a written explanation. We had several rounds of frustrating telephone calls with you that wasted a couple hours of our time and made no sense to us.

Now, I've just spent another several hours deciphering the copies of the last year's bills which you sent me and, as I said, I think I have just figured it out at last, as indicated above.

Please review this letter and tell me if my understanding of what happened is correct. If you concur, let me know and we will send you a check for the $645 which you mistakenly credited us back on 10/17/06. However, I also would like you to erase all the late payment fees and finance charges that you have tacked on to this as a result, because it originated with your several mistakes. Also, I would like your written assurance that there will be no adverse effect on my credit reports.

Yours truly


Barbee Lyon

*EXHIBIT 1*

**Mileage Plan**

**ATTACHMENT 6**

**Bank of America**

Prepared for:  **JOAN M KRUSE**

4708 2000 0197 7680

**October 2006 Statement**
Credit Line:                          $25,000.00
Cash or Credit Available:      $23,851.81

**Customer Service**
For Information on Your Account Visit:
www.bankofamerica.com
Mail Payments to:
BANK OF AMERICA
P.O. BOX 17322
BALTIMORE, MD 21297-1322
Mail Billing Inquiries to:
BANK OF AMERICA
P.O. BOX 15026
WILMINGTON, DE 19850-5026
Call toll-free 1-800-552-7302
TDD hearing-impaired 1-800-222-7365

### Account Information

| Summary of Transactions | | |
|---|---|---|
| Previous Balance | | $0.00 |
| Payments and Credits | − | $0.00 |
| Cash Advances | + | $0.00 |
| Purchases and Adjustments | + | $1,148.19 |
| Periodic Rate Finance Charges | + | $0.00 |
| Transaction Fee Finance Charges | + | $0.00 |
| New Balance Total | | $1,148.19 |

| Billing Cycle and Payment Information | |
|---|---|
| Days in Billing Cycle | 34 |
| Closing Date | 10/24/06 |
| Payment Due Date | 11/13/06 |
| Current Payment Due | $15.00 |
| Past Due Amount          + | $0.00 |
| Total Minimum Payment Due | $15.00 |

### Transactions

| Purchases and Adjustments | Posting Date | Transaction Date | Reference Number | Account Number | Category |
|---|---|---|---|---|---|
| #FEDEX KINKO'S #5165  PORTLAND  OR | 09/27 | 09/26 | 3985 | 7680 | C |
| #FEDEX KINKO'S #5165  PORTLAND  OR | 09/27 | 09/26 | 4066 | 7680 | C |
| #CITY CENTER PARKING 4 PORTLAND  OR | 09/27 | 09/25 | 8187 | 7680 | C |
| #BORDERS BOOKS 0100085 PORTLAND  OR | 09/28 | 09/26 | 9871 | 7680 | C |
| #REDWEEK.COM    425-4513657 WA | 09/28 | 09/28 | 8209 | 7680 | C |
| #CAMEO CAFE WEST    PORTLAND  OR | 09/29 | 09/28 | 0048 | 7680 | C |
| #WALGREEN    0004495 PORTLAND  OR | 09/29 | 09/28 | 9554 | 7680 | C |
| #LINER & ELSEN    PORTLAND  OR | 09/29 | 09/28 | 0223 | 7680 | C |
| #JOHN HELMER HABERDAS  PORTLAND  OR | 09/30 | 09/28 | 0247 | 7680 | C |
| #FRED-MEYER #0360  SF PORTLAND  OR | 09/30 | 09/28 | 0596 | 7680 | C |
| #NORDSTROM-RACK #0026  PORTLAND  OR | 09/30 | 09/28 | 0679 | 7680 | C |
| #CITY PORTLAND-DEPT TR PORTLAND  OR | 10/05 | 09/30 | 0208 | 7680 | C |
| #CITY PORTLAND-DEPT TR PORTLAND  OR | 10/05 | 09/30 | 1098 | 7680 | C |
| #RESORTS ADVANTAGE, LT MIAMI    FL | 10/07 | 10/05 | 1946 | 7680 | C |

```
ALASKA AIRLINES CREDIT CARD REWARDS
1,148    PURCHASE MILES THIS PERIOD
    0    PROMOTIONAL MILES
    0    ADJUSTMENTS
1,148    MILES TO ALASKA AIRLINES
```

*We pay*
*the charge*
*you rejected*
*with a*
*different*
*credit car...*

*more chgs*

0134 CRD 001 005 15607 - NNNNNNNNNNNNN

*Exhibit 2* *(handwritten)*

**BARBEE LYON**

**ATTACHMENT 6**

Acct # 00004388576021678811
June 2, 2007
Page 5 of 18

**Statement** for account number: 4388 5780 2167 8811

| New Balance | Payment Due Date | Past Due Amount | Minimum Payment |
|---|---|---|---|
| $631.95 | 03/19/07 | $0.00 | $12.00 |

**☛UNITED**
Mileage Plus·

Amount Enclosed $ _____    Make your check payable to Chase Card Services.
New address or e-mail?  Print on back.

4388857602167881100001200000631950000008

1176b BEX Z 06337 C
BARBEE LYON
2520 NW WESTOVER RD
PORTLAND OR 97210-3109

CARDMEMBER SERVICE
PO BOX 94014
PALATINE IL  60094-4014

⑊500016028⑊ 23660 2167 8811 7⑊

**☛UNITED**
Mileage Plus·

Opening/Closing Date:    01/23/07 - 02/22/07
Payment Due Date:        03/19/07

**CUSTOMER SERVICE**
In U.S.                1-800-537-7783
Español                1-888-446-3308
TDD                    1-800-955-8060
Pay by phone  1-800-436-7958
Outside U.S. call collect
                       1-847-888-6600

2/22/07 *(handwritten)*

Minimum Payment Due for Credit Access Line          $12.00
Total Minimum Payment Due                           $12.00

**ACCOUNT INQUIRIES**
P.O. Box 15298
Wilmington, DE 19850-5298

**VISA SIGNATURE SUMMARY**          Account Number: 4388 5780 2167 8811

**PAYMENT ADDRESS**
P.O. Box 94014
Palatine, IL  60094-4014

**VISIT US AT:**
www.chase.com/united

| Previous Balance | -$29.00 | Credit Access Line | $30,000 |
|---|---|---|---|
| Purchases, Cash, Debits | +$660.95 | Available Credit | $29,368 |
| New Balance | $631.95 | Cash Access Line | $30,000 |
| | | Available for Cash | $29,368 |

Your next AutoPayment for $631.95 will be deducted from your account and credited on your
due date. Should you make a payment prior to your due date, that amount will be deducted from
the AutoPayment amount identified above.

**MILEAGE PLUS MILES EARNED**
Miles earned this statement from purchases          661        1-800-421-4655 (Mileage Plus)
Total miles earned this statement                   661        1-800-241-6522 (Reservations)
Total miles transferred to United                   661

**TRANSACTIONS**

| Trans Date | Reference Number | Merchant Name or Transaction Description | Amount Credit | Debit |
|---|---|---|---|---|
| 02/12 | 7432690621900014507258 | RESORTS ADVANTAGE LTD, IMIAM   FL | | $645.00 |
| 02/16 | 2469216704700044500852 | MSI MORNINGSTAR 866 229 9499 IL | | 15.95 |

You charge us for *(handwritten)*
the same $645 *(handwritten)*
we already *(handwritten)*
paid n our *(handwritten)*
Alaska cat *(handwritten)*

**FINANCE CHARGES**

| Category | Daily Periodic Rate 31 days in cycle | Corresp. APR | Average Daily Balance | Finance Charge Due To Periodic Rate | Transaction Fee | Accumulated Fin Charge | FINANCE CHARGES |
|---|---|---|---|---|---|---|---|
| Purchases | V .04973% | 18.15% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cash advances | V .04973% | 18.15% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total finance charges | | | | | | | $0.00 |

**Effective Annual Percentage Rate (APR):**        0.00%

Please see Information About Your Account section for balance computation method, grace period, and other important information.
The Corresponding APR is the rate of interest you pay when you carry a balance on any transaction category
The Effective APR represents your total finance charges - including transaction fees
such as cash advance and balance transfer fees - expressed as a percentage.

**IMPORTANT NEWS**

Pay your personal federal income tax or quarterly estimated
federal tax with your United Mileage Plus Visa card and earn
double miles for every eligible $1 you spend.
Offer valid March 1 through April 31, 2007. Visit
www.chasepayyourtaxes.com/united or call 877-829-2954.

**This Statement is a Facsimile - Not an original**

X 0000004  HS23334 C 2          000   N   Z  22  07/02/22          Page 1 of 1          05058  MA MA  11765          0531000002000117650l

continues

*Exhibit 3*

CARDMEMBER SERVICE
P.O. BOX 15299
WILMINGTON, DE  19850-5299
FAX: (888) 643-9624

**ATTACHMENT 6**

**CHASE O**

April 16, 2007



57308 RCS 001 007 10607 - NNNNNNNNNNNNN
**Barbee Lyon**
**2520 Nw Westover Rd**
**Portland OR 97210-3109**

RE: Your account
ending in 8811

We received your inquiry and
will be responding shortly.

Dear Barbee Lyon,

As your credit card company, we value your business and want you to be
completely satisfied with your credit card account.

Right now, we simply want to inform you that we've received your inquiry
about your credit card account.  We have begun looking into this matter
and will write to you shortly to respond to your questions.  Based upon
our findings, we will make any necessary adjustments to your account and
include them on your monthly billing statement.

Thank you for calling this matter to our attention.  We are pleased to
offer a variety of opportunities and services for our Cardmembers.  If you
have any other questions or would like information about transferring
balances or special promotions and products, please call us at the
toll-free number noted on the back of your card.  You can also visit us
online at the Web site noted on your monthly billing statement.  For your
convenience, we are available 24 hours a day to assist you.

Sincerely,

Cardmember Service·

*never gave us a written explanation as promised*

| New Balance | Payment Due Date | Past Due Amount | Minimum Payment |
|---|---|---|---|
| $7.60 | 06/16/07 | $0.00 | $7.60 |

**UNITED**
Mileage Plus

Amount Enclosed  $

Card Services.

Exhibit 4

**ATTACHMENT 6**

4388576021678811000007600000076000000009

04631 BEX Z 14207 C
BARBEE LYON
2520 NW WESTOVER RD
PORTLAND OR 97210-3109

CARDMEMBER SERVICE
PO BOX 94014
PALATINE IL 60094-4014

⑈500016028⑈ 23660216788117⑈

**UNITED**
Mileage Plus

Opening/Closing Date:   04/23/07 / 05/22/07
Payment Due Date:                      06/16/07

**CUSTOMER SERVICE**
In U.S.          1-800-537-7783
Español        1-888-446-3308
TDD             1-800-955-8060
Pay by phone 1-800-436-7958
Outside U.S. call collect
                     1-847-888-6600

Minimum Payment Due for Credit Access Line         $7.60
Total Minimum Payment Due                                    $7.60

**ACCOUNT INQUIRIES**
P.O. Box 15298
Wilmington, DE 19850-5298

### VISA SIGNATURE SUMMARY

Account Number:  4388 5760 2167 8811

| | | | | |
|---|---|---|---|---|
| Previous Balance | $631.11 | Credit Access Line | $30,000 | |
| Payment, Credits | -$631.11 | Available Credit | $29,992 | |
| Finance Charges | +$7.60 | Cash Access Line | $30,000 | |
| New Balance | $7.60 | Available for Cash | $29,992 | |

**PAYMENT ADDRESS**
P.O. Box 94014
Palatine, IL 60094-4014

**VISIT US AT:**
www.chase.com/united

Your next AutoPayment for $7.60 will be deducted from your account and credited on your due date. Should you make a payment prior to your due date, that amount will be deducted from the AutoPayment amount identified above.

### MILEAGE PLUS MILES EARNED

| | |
|---|---|
| Miles earned this statement from purchases | 0 |
| Total miles transferred to United | 0 |

1-800-421-4655 (Mileage Plus)
1-800-241-6522 (Reservations)

Open Mileage Plus accounts, that are not delinquent, earn 1 mile for every $1 in purchases. Use your Mileage Plus card for all your purchases to earn miles that can be redeemed for award travel on United.

### TRANSACTIONS

| Trans Date | Reference Number | Merchant Name or Transaction Description | |
|---|---|---|---|
| 05/17 | | AUTOMATIC PAYMENT - THANK YOU | $631. |

*Automatical paid what you told our Bank to pay*

### FINANCE CHARGES

| Category | Daily Periodic Rate 30 days in cycle | Corresp. APR | Average Daily Balance | Finance Charge Due To Periodic Rate | Transaction Fee | Accumulated Fin Charge | FINANCE CHARGES |
|---|---|---|---|---|---|---|---|
| Purchases | V .04973% | 18.15% | $509.30 | $7.60 | $0.00 | $0.00 | $7.60 |
| Cash advances | V .04973% | 18.15% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total finance charges | | | | | | | $7.60 |

CARDMEMBER SERVICE
P.O. BOX 15548
WILMINGTON, DE  19886-5548

**ATTACHMENT 6**

*Exhibit 5*



May 25, 2007

56858 RCS 001 007 14507 - NNNNNNNNNNNN
**Barbee Lyon**
**2520 Nw Westover Rd**
**Portland OR 97210-3109**

RE: Your account
ending in 8811

We regret that your recent payment was
returned to us unpaid.

Dear Barbee Lyon,

As your credit card company, we value your business.  It is important to
us that we provide you with timely information regarding your account.

While we received your recent payment of $631.11, we are sorry to advise
that the payment was returned to us unpaid.  Your bank advised that the
reason for the return was Closed Account.  If you need additional
information regarding the returned payment, please contact your bank.

*Bank error — account was never closed*

As a result, we have debited your account for the amount of the payment.
At this time, we have applied a return payment fee to your credit card
account.

If you have not already done so, please send a replacement payment as soon
as possible.  For your convenience, you may mail a payment to the address
noted above, call us at the toll-free number on the back of your card to
complete a payment by phone, or use our on-line payment service at
www.cardmemberservices.com.

If you have additional questions, please call our Cardmember Service at
the number noted on the back of your card.  We will be happy to speak with
you.  For your convenience, Cardmember Service is available 24 hours a day
to assist you.

Sincerely,


Returns Department

00134 CRD 001 005 15607 - NNNNNNNNNNNNN

**BARBEE LYON**

**ATTACHMENT 6**

Acct # 000043885760216788811
June 2, 2007
Page 11 of 18     *Exhibit 6*

---

Statement for account number: 4388 5760 2167 8811
You have a credit balance of -$59.90.
You do not have to make a payment at this time.

**UNITED**
**Mileage Plus**

Amount Enclosed | $ | .

Make your check payable to Chase Card Services.
New address or e-mail? Print on back.

4388857602167881100000000000000000000005

31575 BEX Z 32606 C
BARBEE LYON
2520 NW WESTOVER RD
PORTLAND OR 97210-3109

CARDMEMBER SERVICE
PO BOX 94014
PALATINE IL 60094-4014

⑆500016028⑆ 23660216788117⑈

*11/22/06*

**UNITED**
**Mileage Plus**

Statement Date:    10/23/06 */11/22/06*
Payment Due Date:               */12/10/06*

Minimum Payment Due for Credit Access Line        $0.00
Total Minimum Payment Due                         $0.00

CUSTOMER SERVICE
In U.S.         1-800-537-7783
Español         1-888-446-3308
TDD             1-800-955-8060
Pay by phone    1-800-436-7958
Outside U.S. call collect
                1-847-888-6600

ACCOUNT INQUIRIES
P.O. Box 15298
Wilmington, DE 19850-5298

**VISA SIGNATURE SUMMARY**     Account Number: 4388 5760 2167 8811

| | | | |
|---|---|---|---|
| Previous Balance | $610.10 | Credit Access Line | $30,000 |
| Payment, Credits | -$684.95 | Available Credit | $30,000 |
| Purchases, Cash, Debits | +$14.95 | Cash Access Line | $30,000 |
| New Balance | -$59.90 | Available for Cash | $30,000 |

PAYMENT ADDRESS
P.O. Box 94014
Palatine, IL 60094-4014

VISIT US AT:
www.chase.com/united

You have a credit balance, so no payment is required. You may make charges against the
credit or request a refund by contacting Cardmember Service at the address above. If after 6
months this credit balance is $1.00 or more, we will refund the credit within 30 days.

**MILEAGE PLUS MILES EARNED**

| | | |
|---|---|---|
| Miles earned this statement from purchases | -670 | 1-800-421-4655 (Mileage Plus) |
| Miles adjusted for purchases | -40 | 1-800-241-6522 (Reservations) |
| Bonus adjusted for school payments | -100 | |
| Total miles earned this statement | -810 | |
| Total miles transferred to United | -810 | |

**TRANSACTIONS**

| Trans Date | Reference Number | Merchant Name or Transaction Description | Amount Credit | Debit |
|---|---|---|---|---|
| 10/17 | 24323006929190001450726B | RESORTS ADVANTAGE LTD MIAMI    FL | $645.00 | |
| 09/28 | 74692166271000068743684 | MFI* Ancestry REFUND  800-262-3787 UT | 39.95 | |
| 11/16 | 24692166320000201388316 | MSI*MORNINGSTAR 866-229-9449 IL | | 14.95 |

**FINANCE CHARGES**

| Category | Daily Periodic Rate Corresp. 31 days in cycle | APR | Average Daily Balance | Finance Charge Due To Periodic Rate | Transaction Fee | Accumulated Fin Charge | FINANCE CHARGES |
|---|---|---|---|---|---|---|---|
| Purchases | V .04975% | 18.15% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cash advances | V .04975% | 18.15% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total finance charges | | | | | | | $0.00 |

Effective Annual Percentage Rate (APR):       0.00%

Please see Information About Your Account section for balance computation method, grace period, and other important information.

The Corresponding APR is the rate of interest you pay when you carry a balance on any transaction category.
The Effective APR represents your total finance charges - including transaction fees
such as cash advance and balance transfer fees - expressed as a percentage.

**IMPORTANT NEWS**

Earn Double Miles this Holiday Season. Use your United
Mileage Plus card for all eligible purchases from Oct 1
to December 29, 2006. Just visit chase.com/united
for your custom offer. There's no need to enroll.

*The root of the problem. You had given us a credit when none was due — since you never had it*

**This Statement is a Facsimile - Not an original**

X 0000013  MS33334 C 2          000  N  2  22  08/11/22          Page 1 of 1          05058   MA MA 51575    3261000020005157501

continues

CARDMEMBER SERVICE
P.O. BOX 15299
WILMINGTON, DE 19850-5299
FAX: (888) 643-9624

*EXHIBIT 7*

**CHASE** 

**ATTACHMENT 7**

September 12, 2007

IlldularbalaluulllbuulluulllldubaubllluulluL

21361 RCS 001 008 25507 - NNNNNNNNNNNN
**Barbee Lyon**
**2520 Nw Westover Rd**
**Portland OR 97210-3109**

RE: Your account
ending in 8811

Case Identifier: 76327044

Dear Barbee Lyon,

As your credit card company, we value your business. It's important to us
that we promptly respond to your billing dispute of a $645.00 transaction
from RESORTS ADVANTAGE, LTD. I. This transaction posted to your account
on February 07, 2007.

Our Cardmember Agreement requires that we receive information about any
billing dispute within 60 days of the date of the statement on which the
transaction first appeared. We received your information regarding this
transaction on -, which is beyond the 60-day time frame. As a result, we
are sorry that we are unable to assist you with this matter.

If you have any questions, please call us at the toll-free number shown on
the back of your credit card. Serving you is very important to us, and we
appreciate your business.

Sincerely,

Gwen Cosmilla
Financial Service Advisor

**ATTACHMENT 8**

Barbee Lyon
2520 NW Westover
Portland, Oregon 97210

23 October 2007

Chase Cardmember Services
Attention: Supervisor in Charge
P.O. Box 15299
Wilmington DE 19850-5299

Re: Our billing dispute, your case # 75613156, #76327044

Dear Sir or Madam:

I am replying to your September 12 letter, a copy of which is attached as Exhibit 1.

I am baffled why you assigned the new case number #76327044 to this dispute. My last letter to you on August 27 used the case number that you previously assigned, i.e. # 75613156

In any event, I'm afraid I disagree with your letter in Exhibit 1, for four reasons:

(1) You say "We received your information regarding this transaction on -, which is beyond the 60-day time frame." It is significant that you wrote "-" in place of a real date, because Chase had already acknowledged our protest a long time ago, within the 60-day period. (See Exhibit 2, attached.)

(2) What is more surprising is that you reneged on what you previously said you would do. On September 11, my wife Joan Kruse telephoned Chase once again about this interminable dispute. She talked first to a "Pat", was switched to a "Norman", and then was switched to a "Gwen". I assume that was the Gwen Cosmilla who sent Exhibit 1, although I recognize there could be more than one person in your office named Gwen. At any rate, this Gwen told my wife that she would cancel all the charges, and would make sure that there would be no adverse impact on our credit. Instead of carrying through on that promise, the next day you sent us Exhibit 1, along with subsequent bills with even more finance charges.

(3) My wife and I have spent hours trying to communicate with Chase about this. Telephone calls to Chase are frustrating beyond measure, consuming hours in mutual misunderstanding, and then when an understanding was reached in that September 11 call, Chase reneged on it. I had already told my wife not to bother with any more with pointless telephone calls, we would communicate solely by letter. I spent hours deciphering what seemed to have gone awry in this transaction, and I sent you a long detailed letter explaining it on August 27. And what do we get in response to my painstaking effort? A broken promise and a form letter with a patently invalid excuse.

**ATTACHMENT 8**

(4) We have always had the very best credit rating. I am afraid that this dispute has
endangered our rating, and that will cost us soon when we refinance to upgrade our
kitchen. We may have moved from annoyance and wasted hours to real damage.

I'm a lawyer who spends most of my time defending business corporations, and I hate it when
lawyers abuse their role to sue corporations. In my personal life I do nearly everything I can to
stay out of court. But I am so frustrated at the unintelligible communications I have received
from Chase over the past six months that I despair of resolving this in a common-sense way.
Telephone calls don't work, letters don't work. Therefore, much as I hate it, I expect my next step
will be filing a complaint in court.

It's ironic that I'm a Chase stockholder, about $10,000 through my self-directed pension plan. I
admire the company, but it surely needs some improvement in communicating with cardholders
about disputes.

Yours truly

Barbee Lyon

CARDMEMBER SERVICE
P.O. BOX 15299
WILMINGTON, DE  19850-5299
FAX: (888) 643-9624

*EXHIBIT*
*7*

**CHASE** ⬤



ATTACHMENT 8

September 12, 2007

21361 RCS 001 008 25507 - NNNNNNNNNNNN
**Barbee Lyon**
**2520 Nw Westover Rd**
**Portland OR 97210-3109**

RE: Your account
ending in 8811

Case Identifier: 76327044

Dear Barbee Lyon,

As your credit card company, we value your business.  It's important to us
that we promptly respond to your billing dispute of a $645.00 transaction
from RESORTS ADVANTAGE, LTD. I.  This transaction posted to your account
on February 07, 2007.

Our Cardmember Agreement requires that we receive information about any
billing dispute within 60 days of the date of the statement on which the
transaction first appeared.  We received your information regarding this
transaction on -, which is beyond the 60-day time frame.  As a result, we
are sorry that we are unable to assist you with this matter.

If you have any questions, please call us at the toll-free number shown on
the back of your credit card.  Serving you is very important to us, and we
appreciate your business.

Sincerely,

Gwen Cosmilla
Financial Service Advisor

## ATTACHMENT 8

**Statement** for account number: 4388 5760 2167 8811

| New Balance | Payment Due Date | Past Due Amount | Minimum Payment |
|---|---|---|---|
| $647.90 | 04/16/07 | $0.00 | $2.90 |

**▼UNITED**
**Mileage Plus**

Amount Enclosed  $

Make your check payable to Chase Card Services.
New address or e-mail? Print on back.

4388576021678811100000290000647900000008

10699 BEX 2 08107 C
BARBEE LYON
2520 NW WESTOVER RD
PORTLAND OR 97210-3109

CARDMEMBER SERVICE
PO BOX 94014
PALATINE IL 60094-4014

⑈5000160 28⑈ 23660 2167881172⑈

**▼UNITED**
**Mileage Plus**

Opening/Closing Date: 02/23/07 03/22/07
Payment Due Date: 04/16/07

**CUSTOMER SERVICE**
In U.S.            1-800-537-7783
Español         1-888-446-3308
TDD             1-800-955-8060
Pay by phone  1-800-436-7958
Outside U.S. call collect
                      1-847-888-6600

Minimum Payment Due for Credit Access Line   $2.90
Total Minimum Payment Due                     $2.90

**ACCOUNT INQUIRIES**
P.O. Box 15298
Wilmington, DE 19850-5298

### VISA SIGNATURE SUMMARY

Account Number: 4388 5760 2167 8811

| | | |
|---|---|---|
| Previous Balance | $631.95 | |
| Purchases, Cash, Debits | +$15.95 | |
| New Balance | $647.90 | |

| | |
|---|---|
| Credit Access Line | $30,000 |
| Available Credit | $29,352 |
| Cash Access Line | $30,000 |
| Available for Cash | $29,352 |

**PAYMENT ADDRESS**
P.O. Box 94014
Palatine, IL 60094-4014

**VISIT US AT:**
www.chase.com/united

Your next AutoPayment for $647.90 will be deducted from your account and credited on your due date. Should you make a payment prior to your due date, that amount will be deducted from the AutoPayment amount identified above.

Payment of amount in dispute $645.00 not required.

### MILEAGE PLUS MILES EARNED

| | |
|---|---|
| Miles earned this statement from purchases | 16 |
| Total miles earned this statement | 16 |
| Total miles transferred to United | 16 |

1-800-421-4655 (Mileage Plus)
1-800-241-6522 (Reservations)

### TRANSACTIONS

| Trans Date | Reference Number | Merchant Name or Transaction Description | Amount Credit | Amount Debit |
|---|---|---|---|---|
| 03/16 | 24692167075000818373573 | MSI*MORNINGSTAR 866-229-9449 IL | | $15.95 |

### FINANCE CHARGES

| Category | Daily Periodic Rate 28 days in cycle | Corresp. APR | Average Daily Balance | Finance Charge Due To Periodic Rate | Transaction Fee | Accumulated Fin Charge | FINANCE CHARGES |
|---|---|---|---|---|---|---|---|
| Purchases | V .04973% | 18.15% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cash advances | V .04973% | 18.15% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total finance charges | | | | | | | $0.00 |

**Effective Annual Percentage Rate (APR):**   0.00%

Please see Information About Your Account section for balance computation method, grace period, and other important information.

The Corresponding APR is the rate of interest you pay when you carry a balance on any transaction category.
The Effective APR represents your total finance charges - including transaction fees
such as cash advance and balance transfer fees - expressed as a percentage.

### IMPORTANT NEWS

NOTICE: We are replacing the Two-Cycle Average Daily Balance Method (compute interest on previous and current cycle purchase balances) with the Average Daily Balance including new purchases Method (purchases daily balance times purchases daily rate each day only in the current cycle).

**This Statement is a Facsimile - Not an original**

X 0000004  FHS33334 C 2        000   N  22   07/03/22       Page 1 of 1        05058   MA MA  10899    0811000020001089901

continues

