

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| BARBEE B. LYON AND JOAN KRUSE, | Case No. CV 07-1779-AC |
| Plaintiffs, | AMENDED JUDGMENT |
| v. | |
| JP MORGAN CHASE & CO., | |
| Defendant. | |

This action was tried by a jury with United States Magistrate Judge John V. Acosta presiding and the jury rendered a verdict on February 2, 2010. Prior to the jury's verdict, the court dismissed certain of plaintiffs' respective claims on defendant's motion for summary judgment and on defendant's motion for judgment as a matter of law, and defendant stipulated to liability and damages on another of plaintiff Lyon's claims. Accordingly,

IT IS ORDERED that judgment[1] be, and hereby is, entered as follows:

---

[1] This judgment replaces and supersedes the court's previous judgment entered February 9, 2010, the form of which contained an error in the recitation of the manner in which the FCBA claim was resolved.

1

1. For plaintiff Barbee B. Lyon and against defendant JP Morgan Chase & Co.[2] on plaintiff Lyon's Fair Credit Billing Act claim, to which claim defendant JP Morgan Chase & Co. stipulated as to liability and damages, in the amount of $1,000.00, with interest thereon from the date of entry of judgment, as provided by law, along with his costs of action and his reasonable attorney fees, both to be subsequently determined.

2. For defendant JP Morgan Chase & Co. and against Plaintiff Barbee B. Lyon on plaintiff Lyon's defamation claim, which claim was tried to the jury.

3. For defendant JP Morgan Chase & Co. and against Plaintiff Barbee B. Lyon and Plaintiff Joan Kruse as to those of their claims dismissed by the court on summary judgment and as to those of their claims dismissed by the court on defendant's motion for judgment as a matter of law.

DATED this __11th__ day of February, 2010.

JOHN V. ACOSTA
United States Magistrate Judge

---

[2] The proper name of the defendant entity is Chase Bank USA, N.A., which appeared through its counsel throughout this case, including trial.